**Exhibit A**
**Statement of Claim**
**Plaintiff Daniel Patrick Lacey**

## Unpaid Overtime Wages, Minimum Wages, and Wages Paid Late

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Agreed Weekly Pay[1] | FLSA Equivalent Hourly Rate[1] | Overtime Hourly Rate[1] | Weekly Amount Paid[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/18 - 10/28/18 | 3.00 | 52.50 | $1,153.85 | $ 21.98 | $ 32.97 | $ - | $1,141.88 | $ 964.39 | $ 2,106.26 | |
| 9/3/18 - 10/7/18 | 5.00 | 52.50 | $1,153.85 | $ 21.98 | $ 32.97 | $ 801.29 | $ - | $2,060.44 | $ 3,510.44 | [23] |
| 8/27/18 - 9/2/18 | 1.00 | 52.00 | $1,153.85 | $ 22.19 | $ 33.28 | $ 801.29 | $ - | $ 399.41 | $ 689.41 | [2] |
| 8/20/18 - 8/26/18 | 1.00 | 54.00 | $1,153.85 | $ 21.37 | $ 32.05 | $1,153.85 | $ - | $ 149.57 | $ 738.72 | [2] |
| 8/13/18 - 8/19/18 | 1.00 | 44.00 | $1,153.85 | $ 26.22 | $ 39.34 | $ 801.29 | $ - | $ 157.34 | $ 447.34 | [23] |
| 8/6/18 - 8/12/18 | 1.00 | 46.50 | $1,153.85 | $ 24.81 | $ 37.22 | $ 801.29 | $ - | $ 241.94 | $ 531.94 | [23] |
| 7/30/18 - 8/5/18 | 1.00 | 50.25 | $1,153.85 | $ 22.96 | $ 34.44 | $ 801.29 | $ - | $ 353.04 | $ 643.04 | [23] |
| 7/23/18 - 7/29/18 | 1.00 | 50.00 | $1,153.85 | $ 23.08 | $ 34.62 | $1,133.85 | $ - | $ 135.38 | $ 636.15 | [2] |
| 7/16/18 - 7/22/18 | 1.00 | 55.00 | $1,153.85 | $ 20.98 | $ 31.47 | $1,153.85 | $ - | $ 157.34 | $ 762.03 | [2] |
| 7/13/18 - 7/15/18 | 0.43 | 13.50 | $ 384.62 | $ 28.49 | $ 42.74 | $ 384.62 | $ - | $ - | $ 97.88 | |
| | | | | | | | **$1,141.88** | **$4,618.85** | **$10,163.21** | |

| | |
|---|---|
| Total Unpaid Minimum Wages[1] = | **$ 1,141.88** |
| Total Unpaid Overtime Wages[1] = | **$ 4,618.85** |
| Total Liquidated Damages[12] = | **$10,163.21** |
| Total[1] = | **$15,923.94** |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.

[2] Includes liquidated damages for wages paid late.

[3] Weekly Amount Paid for these periods is calculated by subtracting from $11,037.76 the Weekly Amount Paid from the other periods and then dividing by the total number of weeks during these periods.