UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-81607-DMM

DANIEL PATRICK LACEY,

    Plaintiff,

v.

BOYNTON WATERS REALTY, INC.
ASPEN HOMES, INC.,
JOHN B. KENNELLY,

    Defendants.
_____/

## **DEFENDANTS' ANSWER & AFFIRMATIVE DEFENSES TO COMPLAINT (DE 1)**

Defendants, BOYNTON WATERS REALTY, INC, ASPEN HOMES, INC., and JOHN B. KENNELLY by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure hereby serves and files Defendants' Answer to Plaintiff's Complaint (DE 1) in the above-styled matter and states the following:

## **ANSWER**

Defendants deny any allegation not specifically addressed herein and demand strict proof thereof.

1. Admit there is federal court jurisdiction.

2. Defendants are without sufficient knowledge as to Plaintiff's residence and therefore deny, admit remainder.

3. Admit Boynton Waters is an employer of Plaintiff.

4. Admit that Aspen Homes is an employer of Plaintiff.

5. Admit.

6. Admit.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Deny.

15. Deny.

16. Without knowledge, therefore, denied.

17. Without knowledge, therefore, denied.

## COUNT I - FLSA

18. Deny.

19. Deny.

20. Denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff fails to set forth a cause of action for which relief can be granted.

### SECOND DEFENSE

Plaintiff has been lawfully compensated in accordance with the FLSA, the applicable regulations of the United States Department of Labor, and/or judicial decisions construing the FLSA.

### THIRD DEFENSE

Plaintiff was paid for all hours worked in accordance with the Fair Labor Standards Act. All monies owed to Plaintiff have been tendered.

### FOURTH DEFENSE

Defendants acted in good faith and had reasonable grounds for believing that its acts were not violative of the FLSA and any claims of willful violations or for a three (3) year limitations period or for liquidated damages under the FLSA should be dismissed. Specifically, no act or omission of Defendants alleged by Plaintiff to have violated the Fair Labor Standards Act was willful within the meaning of 29 U.S.C. § 255.

### FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the provisions of Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, because the alleged acts and omissions of Plaintiff complained of were done in good faith and with reasonable grounds for believing that any alleged act or omission was not in violation of the Fair Labor Standards Act.

### SIXTH DEFENSE

Defendants did not adopt or permit to exist a policy or procedure wherein employees were not paid for hours that they worked or were not paid for overtime when appropriate.

### SEVENTH DEFENSE

Some or all of Plaintiff's claims are barred by the provisions of Section 10 of the Portal-to-Portal Act, 29 U.S.C. § 259, because all of the alleged actions taken by Defendants were taken in good faith and in conformity with and in reliance upon written

administrative regulations, orders, rulings, approvals, interpretations and written and unwritten administrative practices or enforcement policies of the Wage and Hour Division of the United States Department of Labor.

### EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of *de minimis non curat lex.*

### NINTH DEFENSE

Plaintiff engaged in unclean hands and bad faith by fraudulent by misrepresenting his hour and submitting for time he did actually work

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on December 21, 2018, on all counsel or parties of record on the Service List below.

> s/Cathleen Scott
> Cathleen Scott, Esq.
> Florida Bar No. 135331
> Primary e-mail: CScott@scottwagnerlaw.com
> Secondary e-mail: mail@scottwagnerlaw.com
> SCOTT WAGNER & ASSOCIATES, P.A.
> Jupiter Gardens
> 250 South Central Boulevard
> Suite 104-A
> Jupiter, FL 33458
> Telephone:   (561) 653-0008
> Facsimile:   (561) 653-0020
>    Secondary Address:  101 Northpoint Parkway
>    West Palm Beach, FL 33407
>    www.ScottWagnerLaw.com

## SERVICE LIST
## CASE NO.: 18-cv-81607-DMM

Elliot Kozolchyk, Esq.
Florida Bar No. 74791
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, FL 33316
T: (786)924-9929
F: (786)358-6071
Email: ekoz@kozlawfirm.com
*Attorney for Plaintiff*