**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  CASE NO.: 18-81607-civ-Middlebrooks/Brannon**

DANIEL PATRICK LACEY,

   Plaintiff,

v.

BOYNTON WATERS REALTY, INC.,
ASPEN HOMES, INC.,
JOHN B. KENNELLY,

   Defendants.

_____/

### **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants' BOYNTON WATERS REALTY, INC., ASPEN HOMES, INC., and JOHN B. KENNELLY, by and through their undersigned counsel and pursuant to the Court's Order Setting FLSA Schedule [DE 5] hereby files their Response to the Statement of Claim from Plaintiff, DANIEL PATRICK LACEY as follows:

Defendants deny they failed to properly compensate Plaintiff. All reported hours were paid.  Defendants contend that during the period for which Plaintiff seeks overtime pay, he was properly compensated for all time worked. As such, Plaintiff is not entitled to recover any alleged damages, interest, costs, or attorneys' fees.

Plaintiff worked as a contractor from approximately July 2018 through October 2018. He was hired on a temporary basis to see if the job would be a

good fit. He was asked to leave after it was discovered he was recording more hours worked then he actually worked. During his employment with Defendants, he was paid for all wages, including time he did not actually work.[1]

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on January 11, 2019 all counsel or parties of record on the Service List below.

>s/Cathleen Scott
>Cathleen Scott, Esq.
>Florida Bar No. 135331
>Primary e-mail: CScott@scottwagnerlaw.com
>Secondary e-mail: mail@scottwagnerlaw.com
>SCOTT WAGNER & ASSOCIATES, P.A.
>Jupiter Gardens
>250 South Central Boulevard
>Suite 104-A
>Jupiter, FL 33458
>Telephone:   (561) 653-0008
>Facsimile:    (561) 653-0020
>Secondary Address:  101 Northpoint Parkway
>West Palm Beach, FL 33407
>www.ScottWagnerLaw.com

## SERVICE LIST
### CASE NO.: 18-81607-civ-Middlebrooks/Brannon

Elliot Kozolchyk, Esq.
Bar No.: 74791
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

---

[1] Defendants will produce payroll and timesheet records to Plaintiff's counsel simultaneously with this filing.